IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **FILED** |
| UNUM LIFE INSURANCE CO. | : | |
| OF AMERICA, et. al, | : | No. 13-6900  MAR 31 2014 |
| Defendants. | : | MICHAEL E. KUNZ, Clerk |
| | | By_____ Dep. Clerk |

## SCHEDULING ORDER

AND NOW, on **March 31, 2014**, following a telephone conference with all counsel, it is ORDERED:

1. By **July 31, 2014**, all discovery shall be completed.

2. On **August 1, 2014**, at **4:30 P.M.**, counsel shall initiate a joint call to Chambers regarding the trial schedule.

3. Plaintiff and Unum shall file cross motions for summary judgment within **60 days** of the date on which Unum produces the complete claim and plan appeal file. Each party may file a reply brief within **30 days** of the date of service of the opposing party's cross motion and brief.

    (a) The movant shall file, in support of the motion for summary judgment, a Statement of Undisputed Facts which sets forth, in numbered paragraphs, all material facts which the movant contends are undisputed;

    (b) The respondent shall file, in opposition to the motion for summary judgment, a separate Statement of Disputed Facts responding to the numbered paragraphs set forth in the movant's Statement of Undisputed Facts. The respondent shall also set forth, in separate numbered paragraphs, any additional facts which the respondent contends preclude summary judgment;

(c) All material facts set forth in the Statement of Undisputed Facts required to be served by the movant shall be admitted unless controverted by the opposing party;

(d) Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific references to the parts of the record which support each of the statements. Each stated fact and each statement that a material fact is disputed shall cite the source relied upon, including the title of the document and page number of the supporting statement; and

(e) Upon electronically filing, counsel shall also submit courtesy copies of their summary motions and/or responses and an appendix of all exhibits referenced in their respective motions and briefs to Chambers. All pages/exhibits of the appendix shall be "bates stamped" and referenced in the motions consistent with the bates number assigned to each page.

4. By **August 28, 2014**, dispositive motions shall be filed against West Pharmaceutical Services, Inc. Responses are due by **September 17, 2014.**

BY THE COURT:

_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE

ENTERED

MAR 0 1 2014

CLERK OF COURT