IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNUM LIFE INSURANCE COMPANY | : | |
| OF AMERICA, et al., | : | No. 13-6900 |
| Defendants. | : | |

## ORDER

AND NOW, on November __, 2014, upon consideration of Plaintiff Jane Doe's Motion for Summary Judgment and Defendants Unum Life Insurance Company of America, et al.'s Motion for Summary Judgment and the parties' responses, and in accordance with the accompanying Memorandum Opinion, it is ORDERED that:

1. Doe's Motion for Summary Judgment (doc. 21) is GRANTED in part.

2. Unum's Motion for Summary Judgment (doc. 20) is DENIED.

3. This case is remanded to Unum for further administrative proceedings.

BY THE COURT:


/s/ Timothy R. Rice
TIMOTHY R. RICE
United States Magistrate Judge